*James Outtrin* v. *Benjamin Graves, committee, &c.* O L. BARBOUR, for complainant; N. F. GRAVES, for the defendant. Application for injunction or order restraining the defendant from proceeding at law to foreclose a mortgage denied, with $12 costs ; but without prejudice to complainant's right to make such an application to the vice-chancellor as he may be advised is proper to stay the committee from paying away the moneys which may be received by him upon the bond and mortgage, until after the decision of the chancellor upon the appeal.